[No. 1560.]

R. THOMPSON v. THE STATE.

CONSTITUTIONAL LAW—INDICTMENT.—The Constitution of the State requires that indictments or informations shall conclude "against the peace and dignity of the State." The omission of the word *the* before the word State is fatal to an indictment or information.

APPEAL from the County Court of Delta. Tried below before the Hon. D. H. Lane, County Judge.

The information charged appellant and Wallace Thompson jointly with an aggravated assault upon W. T. McKinney. The appellant, being alone upon trial, was convicted and fined in the sum of twenty-five dollars.

*E. B. Perkins*, for the appellant.

*J. H. Burts*, Assistant Attorney General, for the State.

ON MOTION FOR RE-HEARING.

WILLSON, JUDGE. In affirming the judgment in this case, on a former day of the term, a fatal defect in the information was overlooked. The information concludes "against the peace and dignity of State," instead of "against the peace and dignity of *the* State." In *Wallace Thompson* v. *The State*, decided by this court at its present term (*ante*, p. 39), a precisely similar information was held to be bad. We therefore grant the motion for re-hearing; and, because the information is substantially and fatally defective, the judgment is reversed and the prosecution is dismissed.

*Reversed and dismissed.*